IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID W. MONDS,

    Plaintiff,

v.                                CASE NO. 4:18cv414-RH-CAS

JEFFERSON B. SESSIONS,
U.S. ATTORNEY GENERAL,

    Defendant.

_____/

## ORDER DENYING TRANSFER

The defendant's motion to transfer this case under 28 U.S.C. § 1404(a) is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. This order accepts the recommendation to deny the motion.

The statute provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." The report and recommendation correctly concludes that, as a matter of discretion, this case should not be transferred.

In addition to the factors noted in the report and recommendation, it is relevant that the plaintiff lives in Quitman, Georgia. Quitman is only about 60 miles from the United States District Court in Tallahassee where this case will be tried if not transferred. Trial in Tallahassee rather than the defendant's suggested venues will be more convenient for the plaintiff, probably equally convenient for the defendant, and probably about equally convenient for witnesses, considered collectively. The case will not be transferred at this time. If it appears later that trial elsewhere will be more convenient—an unlikely proposition—the issue can be revisited.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The defendant's motion to transfer, ECF No. 7, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 11, 2019.

s/Robert L. Hinkle
United States District Judge